# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 26, 2013

## NO. 03-11-00462-CV

**Sanadco Inc., a Texas Corporation; Mahmoud A. Isba, a/k/a Mahmoud Ahmed Abuisba, a/k/a Mike Isba; Walid Abderrahman; Majic Investments, Inc.; Faisal Kahn; Isra Enterprises, Inc.; Hattab Al-Shudifat; Haifa Enterprises, Inc.; EID Corp.; Mohammed S. Al Hajeid; Majdi Rafe Okla Nsairat; and Omar Unlimited, Inc. Individually, Appellants**
**v.**

**The Office of the Comptroller of Public Accounts of the State of Texas; Susan Combs, Individually and in her Official Capacity as Comptroller of Public Accounts of the State of Texas; and Greg Abbott in his Official Capacity as Attorney General for the State of Texas, Appellees**

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN
### JUSTICE HENSON, NOT PARTICIPATIING
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
### OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's order granting the appellees' plea to the jurisdiction **EXCEPT** for the portion of the trial court's order dismissing the appellants' counterclaim asserting that AP 92 and AP 122 were improperly promulgated rules: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the trial court's order dismissing the counterclaim asserting that AP 92 and AP 122 were improperly promulgated rules is reversed, and we remand the cause for further proceedings

consistent with this opinion. However, we affirm the remainder of the trial court's order granting the plea to the jurisdiction. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and that this decision be certified below for observance.